**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Acosta, et al., | Case No. CV 05-4012 PHX-MHM |
| Plaintiffs, | **ORDER GRANTING MOTION TO PERMIT DESIGNATED REPRESENTATIVE AT SETTLEMENT CONFERENCE** |
| v. | |
| Luebs Farms, Inc., et al., | |
| Defendants. | |

THIS MATTER having come before the Court upon Motion by Luebs Farms, Inc. ("Luebs"), Mettenbrink Farms, Inc. ("Mettenbrink"), and Rathman Farms, Inc. ("Rathman"), for an order permitting one designated representative to appear at the Settlement Conference scheduled in the above-referenced matter. The Court having reviewed the file herein and being otherwise duly advised, it is hereby

ORDERED that the Motion be, and the same is hereby, GRANTED.

DATED this 8th day of November, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge